IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OLUWAFUNMILAYO A. ADEGUNWA<br><br>PLAINTIFF,<br><br>*v.*<br><br>UR MENDOZA JADDOU, DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND JULIE M. HASHIMOTO, DIRECTOR OF TUCSON FIELD OFFICE OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES; IN THEIR OFFICIAL CAPACITY,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:23-cv-05214-ELR |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiff's Original Complaint for Declaratory and Injunctive Relief Under the Administrative Procedure Act and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiff's Original Complaint for Declaratory and Injunctive Relief Under the Administrative Procedure Act through and including April 22, 2024.

So ordered this 19th day of January, 2024.

_Eleanor L. Ross_
Honorable Eleanor L. Ross
United States District Judge

Presented By:

*/s/ Darcy F. Coty*
DARCY F. COTY
*Assistant United States Attorney*
Georgia Bar No. 259280